| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA | |
|---|---|
| **In re: BAYCOL PRODUCTS LITIGATION** | **MDL No. 1431 (MJD/JGL)** |
| **This Document Relates to:**<br><br>**WILLIAM SCOTT CLARK and MICHAEL WAYNE LANCLOS, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BAYER CORPORATION**<br><br>**Defendant** | **Case No. 01-2397 MJD** |

**ORDER**

Considering the foregoing:

**IT IS HEREBY ORDERED**, that Complainants' Supplemental and Amending Complaint be allowed and filed.

Minneapolis, Minnesota this 17th day of Oct., 2002.

JUDGE, UNITED STATES DISTRICT COURT

FILED OCT 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ______
DEPUTY CLERK ______