UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION* MDL No. 1431 (MJD)

This Document Relates to:

*William Scott Clark, et al., v. Bayer Corp.* Case No. 01-2397

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendants that the claims of Plaintiff William Scott Clark in the above-entitled action may be and are hereby dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs. This dismissal shall not affect the claims of the remaining plaintiff in this action.

Dated: August 21, 2006

John F. McKay
Christopher R. Sonnier
John M. McKay
McKAY LAW FIRM
7465 Exchange Place
Baton Rouge, LA 70806
(225) 924-3641

*Counsel for Plaintiffs*

SCANNED
AUG 3 1 2006
U.S. DISTRICT COURT MPLS

Dated: 8/22/06

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN
& MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that Plaintiff William Scott Clark is dismissed with prejudice.

DATED: ____________________

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

*Clark*, No. 01-2397